```
┌─────────────────────────────────┐
│           FILED                 │
│      February 28, 2011          │
│   CLERK, US DISTRICT COURT      │
│     EASTERN DISTRICT OF         │
│         CALIFORNIA              │
│                                 │
│        DEPUTY CLERK             │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
                                         )          Case No. CR.S-11-0047-LKK
                 Plaintiff,              )
v.                                       )
                                         )          ORDER FOR RELEASE OF
ROBERT CURITS BAUER,                     )          PERSON IN CUSTODY
                                         )
                 Defendant.              )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release ROBERT CURTIS BAUER, Case No. CR.S-11-

0047-LKK  from custody subject to the conditions contained in the attached "Notice to Defendant

Being Released" and for the following reasons:

_____    Release on Personal Recognizance

__X__    Bail Posted in the Sum of: $100,000.00

    __X__    Co-Signed Unsecured Appearance Bond

    _____    Secured Appearance Bond

    __X__    (Other) Conditions as stated on the record.

    __X__    (Other) Unsecured bond paperwork to be filed by 03/04/11.

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  02-28-11  at  3:08PM.

By  _____
    Edmund F. Brennan
    United States Magistrate Judge