

1  KRESTA NORA DALY, SBN 199689
2  Rothschild Wishek & Sands, LLP
   901 F Street, Suite 200
3  Sacramento, CA 95814

4  Attorney for Robert Bauer

8           IN THE UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,      ) Case No.: 2:11CR00047-LKK
                                  )
12          Plaintiff,             ) STIPULATION AND ORDER
                                  )
13     v.                          ) JUDGE: Honorable Dale A. Drozd
                                  )
14 ROBERT BAUER,                   )
                                  )
15          Defendant.             )
                                  )
16 _____ )

17    It is hereby stipulated and agreed to between the United
18 States of America through KYLE REARDON, Assistant U.S. Attorney,
19 and defendant, Robert Bauer, through his counsel, KRESTA DALY,
20 that the pre-trial release condition requiring Mr. Bauer to
21 attend mental health treatment and/or therapy with a treatment
22 provider be deleted and Mr. Bauer instead be allowed to attend
23 therapy with the mental health provider of his choice, namely
24 Betty Russell, LCSW, with defense counsel monitoring his
25 attendance.
26    On March 10, 2011 defense counsel submitted a proposed
27 stipulation and order modifying pre-trial release conditions to
28 allow Mr. Bauer to attend counseling with a private provider,

1  Dr. Nancy Otterness.  After numerous attempts the parties were
2  unable to effectively coordinate their schedules such that Mr.
3  Bauer could meet with Dr. Otterness.
4      On March 29, 2011 defense counsel informed pre-trial
5  services and opposing counsel of this problem and indicated she
6  would work to get the issue resolved.  Defense has since
7  contacted Ms. Russell and arranged for Ms. Russell to begin
8  meeting with Mr. Bauer.
9      Therefore, the defense respectfully requests the Court
10 modify the pre-trial release conditions as proposed below.
11 **The Plan**
12     Pretrial Services has no objection to the deletion of
13 release condition no. 8 on the following conditions:
14     1.  Mr. Bauer remain in mental health counseling.
15     2.  The counseling provider can be a provider of defense
16         counsel's choice, Betty Russell, LCSW.
17     3.  Mr. Bauer shall meet with Betty Russell on at least a
18         weekly basis.
19     4.  Ms. Daly will be responsible for verifying that Mr.
20         Bauer is attending his counseling sessions.
21     5.  Ms. Daly is required to maintain regular contact with
22         Betty Russell.
23     6.  Ms. Daly will notify the Court and Pretrial Services
24         immediately if there are any violations of this order.
25     Therefore Pretrial Services, opposing counsel and defense
26 counsel request release condition no. 8 be deleted.  All other
27 conditions set forth in the Release Conditions shall remain in
28 full force and effect.

1 | DATED:  April 8, 2011              Respectfully submitted,
2
3                                      s/Kresta Daly
                                       KRESTA DALY
4                                      Attorney for Robert Bauer
5
6
7                                      s/Kresta Daly
8 | DATED:  April 8, 2011              KYLE REARDON
                                       Assistant United States Attorney
9
10
11
                                            **O R D E R**
12
     **IT IS SO ORDERED.**
13
     DATED: 4/8/11                     _Dale A. Drozd_____
14                                     Dale A. Drozd
15                                     United States Magistrate Judge

3