```
KRESTA NORA DALY, SBN 199689
KENDALL DAWSON WASLEY, SBN 252294
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Robert Curtis Bauer
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT CURTIS BAUER,<br><br>  Defendants. | Case No.: S:11-CR-0O047-LKK<br><br>STIPULATION AND ORDER<br><br>DATE:  June 1, 2011<br>TIME:  9:15 a.m.<br>JUDGE: Honorable Lawrence K. Karlton, Judge |

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney, and defendant, Robert Curtis Bauer, through his counsel, KRESTA DALY and KENDALL WASLEY, that the status conference of June 1, 2011 be vacated and that a status conference be set for June 28, 2011, at 9:15 a.m.

This continuance is being requested to allow for defense preparation.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for June 28, 2011 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv)

1

[reasonable time to prepare] (Local Code T4).

DATED: April 20, 2011          Respectfully submitted,


```
                              s/Kresta Daly_____
                              KRESTA DALY
                              Attorney for Robert Curtis Bauer



                              s/Kresta Daly_____
DATED: April 20, 2011         KYLE REARDON
                              Assistant United States Attorney
```

**O R D E R**

**IT IS SO ORDERED.**

DATED: April 22, 2011

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

2