BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-47 LKK |
| Plaintiff, | |
| v. | **ORDER CONTINUING STATUS CONFERENCE** |
| ROBERT CURTIS BAUER, | |
| Defendant. | |

**ORDER**

The parties appeared before the Court on Tuesday, June 28, 2011, in case number 2:11-CR-47 LKK.  At that time, based upon the representations and agreement of both counsel, the Court ordered that the status set for June 28, 2011, at 9:15 a.m., be continued to Tuesday, August 9, 2011, at 9:15 a.m., and that the time beginning July 27, 2010, and extending through August 9, 2011, was excluded from the calculation of time under the Speedy Trial Act.  The exclusion of time is appropriate due to defense counsel's need to prepare given the volume of computer evidence in the case.  The exclusion is also appropriate to ensure

1

continuity of defense counsel. Due to previously planned travel, defense counsel is unavailable until August 9, 2011. Consequently, the additional time is necessary to ensure defense counsel's effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

ACCORDINGLY, it is hereby ordered that the status conference set for June 28, 2011, at 9:15 a.m., be continued to August 9, 2011, at 9:15 a.m., and that the time beginning June 28, 2011, and extending through August 9, 2011, be excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: June 29, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT