BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:11-CR-47 LKK |
| Plaintiff, | ) |
| v. | ) **ORDER CONTINUING STATUS** |
|  | ) **CONFERENCE** |
| ROBERT CURTIS BAUER, | ) |
| Defendant. | ) |

**ORDER**

The parties appeared before the Court on Tuesday, August 9, 2011, in case number 2:11-CR-47 LKK. At that time, based upon the representations and agreement of both counsel, the Court ordered that the case be set for trial starting February 14, 2012, at 9:00 a.m.; that a trial confirmation hearing be set for January 31, 2012, at 9:15 a.m.; and that the time beginning August 9, 2011, and extending through February 14, 2012, was excluded from the calculation of time under the Speedy Trial Act. The exclusion of time is appropriate due to defense counsel's ongoing preparations in this case; specifically, defense

1

counsel's need to examine the significant volume of computer evidence, and her need to consult with her client and other experts about potential defenses.  Consequently, the additional time is necessary to ensure defense counsel's effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

ACCORDINGLY, it is hereby ordered that the case be set for trial to commence on February 14, 2012, at 9:00 a.m.; that a trial confirmation hearing be held on January 31, 2012, at 9:15 a.m.; and that the time beginning August 9, 2011, and continuing to February 14, 2012, be excluded from the calculation of time under the Speedy Trial Act.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.


Dated: August 15, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT