KRESTA NORA DALY, SBN 199689
BARTH TOZER & DALY[1] LLP
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@btdlaw.net

Attorneys for Defendant
ROBERT BAUER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-00047-LKK |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| ROBERT BAUER, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant United States Attorney, and defendant, Robert Bauer, through his counsel, KRESTA DALY, that the trial confirmation hearing set for January 31, 2012 and the trial date set for February 14, 2012 both be vacated.  The parties request a new trial confirmation hearing be re-set for April 10, 2012 and a trial date be set for May 1, 2012.

Defense counsel has been actively engaged in the preparation of another case, *United States v. Wanland* for many months.  The *Wanland* matter is a criminal tax matter that is very complicated and has required a significant amount of defense counsel's time and attention.  That case was scheduled to go to trial on January 31, 2012.  The trial date in *United States v. Wanland* was vacated on January 10, 2012 and has not yet been re-set.  Nevertheless, defense counsel has been unable to devote sufficient time and attention to preparation for Mr. Bauer's trial.

---

[1] The name change of the firm is currently pending before the California Secretary of State.

{00006020}

In addition, defense counsel has spent significant time investigating Mr. Bauer's mental health status. Defense counsel is continuing the investigation and does not yet have all of the necessary evidence and information for defense counsel to make an informed decision.

The parties stipulate time should be excluded pursuant to Local Code T4 for preparation of counsel. The parties further stipulate this continuance is necessary in furtherance of justice and outweighs the interests of the defendant and the public for a speedy trial.

Dated: January 26, 2012.   Respectfully submitted,

BARTH TOZER & DALY LLP

By  /s/ Kresta Nora Daly
    KRESTA NORA DALY
    Attorneys for ROBERT BAUER

Dated: January 26, 2012.   By  /s/ Kresta Nora Daly for
                               KYLE REARDON,
                               Assistant United States Attorney

**ORDER**

For the reasons stipulated by the parties the trial confirmation hearing of January 31, 2012 and the trial date of February 14, 2012 are vacated. A trial confirmation hearing will be re-set for April 10, 2012 and trial is set for May 1, 2012. The Court finds excludable time through May 1, 2012 under Title 18, United States Code Section (h)(7)(B)(iv) and Local Code T4 to allow for preparation and continuity of counsel. The Court finds that the interest of justice served by granting the request outweighs the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).

**IT IS SO ORDERED**

Dated: January 31, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT