Kresta Nora Daly, SBN 199689
BARTH TOZER & DALY LLP
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@btdlaw.net

Attorneys for Defendant
ROBERT BAUER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:11-CR-00047-LKK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| ROBERT BAUER, | |
| Defendant. | |

   It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney, and defendant, Robert Bauer, through his counsel, Kresta Daly, that the trial confirmation hearing set for April 10, 2012 and the trial date set for May 1, 2012 both be vacated.  The parties request a new trial confirmation hearing be reset for October 10, 2012 and a trial date be set for October 30, 2012.

   Defense counsel is set for trial on May 1, 2012 in Sacramento Superior Court in *People v. Hernandez*, Case No. 11F04330.  Mr. Hernandez is in custody and the defense is flying out witnesses located in Massachusetts, New York and France.  The complaining witness in this case is a minor and the charges allege violations of Penal Code Section 288 and related illicit conduct.

   In addition, defense counsel has spent significant time investigating Mr. Bauer's mental health status.  Four to six weeks ago defense counsel was informed by Mr. Bauer's mental health provider that Mr. Bauer was ready to undergo a forensic psychological exam.  It took

nearly three weeks to arrange an appointment for Mr. Bauer. The earliest appointment defense counsel could secure was in late April.

The defense and the prosecution are actively trying to resolve this case. The parties anticipate Mr. Bauer will enter a plea at the trial confirmation hearing, the only issue to be resolved is whether or not the plea will be entered pursuant to a plea agreement.

The parties stipulate time should be excluded pursuant to Local Code T4 for preparation of counsel. The parties further stipulate this continuance is necessary in furtherance of justice and outweighs the interests of the defendant and the public for a speedy trial.

Dated: April 3, 2012.                    Respectfully submitted,

                                         BARTH TOZER & DALY LLP

                                         By    /s/ Kresta Nora Daly
                                              KRESTA NORA DALY
                                              Attorneys for ROBERT BAUER

Dated: April 3, 2012.                    By    /s/ Kresta Nora Daly for
                                              KYLE REARDON,
                                              Assistant United States Attorney

## O R D E R

For the reasons stipulated by the parties the trial confirmation hearing of April 10, 2012 and the trial date of May 1, 2012 are vacated. A trial confirmation hearing will be reset for October 10, 2012 and trial is set for October 30, 2012. The Court finds excludable time through October 30, 2012 under Title 18, United States Code Section (h)(7)(B)(iv) and Local Code T4 to allow for preparation and continuity of counsel. The Court finds that the interest of justice served by granting the request outweighs the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated: April 5, 2012                     /s/ Lawrence K. Karlton
                                         LAWRENCE K. KARLTON
                                         SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT

- 2 -

STIPULATION AND ORDER                                         [Case No. 2:11-CR-00047-LKK]