BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:11-CR-00047 LKK |
| Plaintiff, | |
| v. | **ORDER SETTING STATUS CONFERENCE** |
| ROBERT CURTIS BAUER, | |
| Defendant. | |

   The parties appeared before the Court on Tuesday, December 4, 2012, in case number 2:11-CR-00047 LKK.  At that time, the parties asked the Court to set the matter for a status conference on January 15, 2013.

   Due to the parties need to prepare, the Court found that the time beginning December 4, 2012, and extending through January 15, 2013, was excluded from the calculation of time under the Speedy Trial Act.  The exclusion of time is appropriate due to the parties' need to prepare, and for continuity of counsel.  The additional time is necessary to ensure the parties' effective preparation, taking

1  into account the exercise of due diligence.  18 U.S.C. §
2  3161(h)(7)(B)(iv); Local Code T4.
3       ACCORDINGLY, it is hereby ordered that the status conference set
4  for December 4, 2012, be continued to January 15, 2013, and that the
5  time beginning December 4, 2012, and extending through January 15,
6  2013, be excluded from the calculation of time under the Speedy Trial
7  Act.  The Court finds that the interests of justice served by
8  granting this continuance outweigh the best interests of the public
9  and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).
10      IT IS SO ORDERED.
11 Dated: December 6, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT