1   Kresta Nora Daly, SBN 199689
    Thomas W. Barth, SBN 154075
2   **BARTH TOZER & DALY LLP**
    431 "I" Street, Suite 201
3   Sacramento, California 95814
    Telephone: (916) 440-8600
4   Facsimile:  (916) 440-9610
    Email:  kdaly@btdlegal.com
5
    Attorneys for Defendant
6   ROBERT BAUER

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 2:11-CR-00047-LKK

12            Plaintiff,
                                       **STIPULATION AND  ORDER**
13        v.

14  ROBERT BAUER,

15            Defendant.

16

17          It is hereby stipulated and agreed to between the United States of America through

18  Kyle Reardon, Assistant United States Attorney, and defendant, Robert Bauer, through his

19  counsel, Kresta Nora Daly, that the status conference set for February 20, 2013 be vacated.  The

20  parties request a new status conference for March 19, 2013.

21          The defense has spent many, many months investigating Mr. Bauer's mental health

22  status.  The defense has submitted some of the information it has obtained to the government.

23  The defense expects to submit additional information to the government in the coming days.

24          Additionally the defense has provided mitigating evidence to the government.  The

25  government is in the process of considering the weight of this mitigating evidence.

26          All parties believe the above-referenced evidence will have a significant impact on

27  plea negotiations.  The parties believe this case will resolve once the government has received

28  and had time to consider the defense evidence.

{00007842}

STIPULATION AND [PROPOSED] ORDER                          [Case No. 2:11-CR-00047-LKK]

BARTH TOZER & DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

1    The parties stipulate time should be excluded pursuant to Local Code T4 for

2  preparation of counsel.  The parties further stipulate this continuance is necessary in furtherance

3  of justice and outweighs the interests of the defendant and the public for a speedy trial.

4  Dated:  February 15, 2013                 Respectfully submitted,

5                                            BARTH TOZER & DALY LLP

6
                                            By____/s/ Kresta Nora Daly_____
7                                               KRESTA NORA DALY
                                                Attorneys for ROBERT BAUER
8

9
   Dated:  February 15, 2013                 By____/s/ Kresta Nora Daly for_____
10                                              KYLE REARDON
                                                Assistant United States Attorney
11

12

13

14                                   **ORDER**

15          For the reasons stipulated by the parties the status conference of February 20, 2013

16  is vacated.  A status conference will be reset for March 19, 2013.  The Court finds excludable

17  time through March 19, 2013 under Title 18, United States Code Section (h)(7)(B)(iv) and Local

18  Code T4 to allow for preparation and continuity of counsel.  The Court finds that the interest of

19  justice served by granting the request outweighs the best interests of the public and the defendant

20  in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).

21          **IT IS SO ORDERED.**

22  Dated:  February 20, 2013

23

24                                  LAWRENCE K. KARLTON
                                    SENIOR JUDGE
25                                  UNITED STATES DISTRICT COURT

26

27

28

{00007842}                          - 2 -

STIPULATION AND [PROPOSED] ORDER                              [Case No. 2:11-CR-00047-LKK]

BARTH TOZER & DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA