BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.  2:11-CR-00047 LKK |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER SETTING STATUS** |
| | ) **CONFERENCE** |
| ROBERT CURTIS BAUER, | ) |
| Defendant. | ) |
| | ) |
| | ) |

The parties appeared before the Court on Tuesday, March 19, 2013, in case number 2:11-CR-00047 LKK.  At that time, the parties asked the Court to set the matter for a further status conference on April 16, 2013.

Due to the parties need to prepare, the Court found that the time beginning March 19, 2013, and extending through April 16, 2013 2013, was excluded from the calculation of time under the Speedy Trial Act.  The exclusion of time is appropriate due to the parties' need to prepare.  The additional time is necessary to ensure the parties' effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

///

ACCORDINGLY, it is hereby ordered that the further status conference set for March 19, 2013, be continued to April 16, 2013, and that the time beginning March 19, 2013, and extending through April 16, 2013, be excluded from the calculation of time under the Speedy Trial Act.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: April 3, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order after Hearing
United States v. Bauer
2:06-CR-00047 LKK