Kresta Nora Daly, SBN 199689
Thomas W. Barth, SBN 154075
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@btdlegal.com

Attorneys for Defendant
ROBERT BAUER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT BAUER,<br><br>　　　　Defendant. | Case No. 2:11-CR-00047-LKK<br><br>**STIPULATION AND ORDER** |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney, and defendant, Robert Bauer, through his counsel, Kresta Nora Daly, that the status conference set for June 11, 2013 be vacated.  The parties request a new status conference for August 20, 2013.

The defense has provided significant evidence to the government.  The government has received and considered that evidence.   The parties are actively working to resolve this case and have reached a tentative resolution.  For reasons beyond the control of either the government or the defense the resolution has not come to fruition.  Both sides are in agreement that they will continue working towards the same resolution and believe this matter will resolve given additional time.

///

///

The parties stipulate time should be excluded pursuant to Local Code T4 for preparation of counsel. The parties further stipulate this continuance is necessary in furtherance of justice and outweighs the interests of the defendant and the public for a speedy trial.

Dated: June 7, 2013          Respectfully submitted,

BARTH TOZER & DALY LLP

By    /s/ Kresta Nora Daly
    KRESTA NORA DALY
    Attorneys for ROBERT BAUER

Dated: June 7, 2013          By    /s/ Kresta Nora Daly for
    KYLE REARDON
    Assistant United States Attorney

## ORDER

For the reasons stipulated by the parties the status conference of June 11, 2013 is vacated. A status conference will be reset for August 20, 2013. The Court finds excludable time through August 20, 2013 under Title 18, United States Code Section (h)(7)(B)(iv) and Local Code T4 to allow for preparation and continuity of counsel. The Court finds that the interest of justice served by granting the request outweighs the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated: June 7, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT