Kresta Nora Daly, SBN 199689
Thomas W. Barth, SBN 154075
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@btdlegal.com

Attorneys for Defendant
ROBERT BAUER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-00047-LKK |
| Plaintiff, | **AMENDED STIPULATION AND ORDER** |
| v. | |
| ROBERT BAUER, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney, and defendant, Robert Bauer, through his counsel, Kresta Nora Daly, that the status conference set for August 20, 2013 be vacated. The parties requested a status conference for November 12, 2013. However, that date was unavailable. The parties request a new status conference for November 19, 2013.

The parties have reached a resolution in the above captioned case. On August 7, 2013 Mr. Bauer pled guilty to a violation of Penal Code Section 311.11 in Placer County Superior Court. His sentencing in that case is set for October 23, 2013. The government anticipates dismissing the indictment in the above-captioned case after Mr. Bauer has been sentenced in Placer County.

///

///

STIPULATION AND [PROPOSED] ORDER                           [Case No. 2:11-CR-00047-LKK]

The parties stipulate time should be excluded pursuant to Local Code T4 for preparation of counsel. The parties further stipulate this continuance is necessary in furtherance of justice and outweighs the interests of the defendant and the public for a speedy trial.

Dated: August 19, 2013          Respectfully submitted,

BARTH TOZER & DALY LLP

By   /s/ Kresta Nora Daly
     KRESTA NORA DALY
     Attorneys for ROBERT BAUER

Dated: August 19, 2013          By   /s/ Kresta Nora Daly for
     KYLE REARDON
     Assistant United States Attorney

## **ORDER**

For the reasons stipulated by the parties the status conference of August 20, 2013 is vacated. A status conference will be reset for November 19, 2013. The Court finds excludable time through November 19, 2013 under Title 18, United States Code Section (h)(7)(B)(iv) and Local Code T4 to allow for preparation and continuity of counsel. The Court finds that the interest of justice served by granting the request outweighs the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated: August 19, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER                              [Case No. 2:11-CR-00047-LKK]